STATE OF NEW JERSEY v. JOSEPH MARNIN.

November 16, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JOHN SZAPOR.

November 16, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE RULON SUTTON.

November 16, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE A. ROBINSON.

November 16, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE LEE WHITE.

November 16, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID A. ROSENFELD.

November 16, 1971. Petition for certification denied.